IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOUGLAS C. DUIN, | ) | 2:10-cv-02150-GEB-EFB |
|        Plaintiff, | ) | |
| | ) | |
|    v. | ) | RELATED CASE ORDER |
| | ) | |
| DALE ELAINE McCORMICK; ESTATE OF | ) | |
| ROBERT A. McCORMICK, Deceased; | ) | |
| JOHN G. STEFFES | ) | |
| | ) | |
|        Defendants. | ) | |
| _____ | ) | |
| ALLSTATE INSURANCE COMPANY, an | ) | |
| Illinois Corporation, | ) | 2:11-cv-00249-GGH |
| | ) | |
|        Plaintiff, | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| JOHN STEFFES and DOUGLAS C. | ) | |
| DUIN, | ) | |
| | ) | |
|        Defendants. | ) | |
| _____ | ) | |

Documents were recently filed in the above-entitled actions concerning whether the actions are related within the meaning of Local Rule 123. Examination of the actions reveals they are related within this rule. Under the regular practice of this Court, related cases generally are assigned to the judge and magistrate judge to whom the first-filed action was assigned. Therefore, action No. 2:11-cv-00249-GGH is reassigned to Judge Garland E. Burrell, Jr., and Magistrate Judge Edmund F. Brennan for all further proceedings, and all dates currently set in the reassigned case are VACATED. Henceforth the caption on

1  documents filed in the reassigned case shall show the initials "GEB-
2  EFB."

3          Further, a Status Conference is scheduled in action No. 2:11-
4  cv-00249 before the undersigned judge on July 18, 2011 at 9:00 a.m.  A
5  joint status report shall be filed no later than fourteen (14) days
6  prior.[1]

7          The Clerk of the Court shall make appropriate adjustment in
8  the assignment of civil cases to compensate for this reassignment.

9  Dated:  May 20, 2011

11                          _____
                            GARLAND E. BURRELL, JR.
12                          United States District Judge

---

25      [1]      The failure of one or more of the parties to participate in
26  the preparation of the Joint Status Report does not excuse the other
    parties from their obligation to timely file a status report in
27  accordance with this Order. In the event a party fails to participate as
    ordered, the party timely submitting the status report shall include a
28  declaration explaining why it was unable to obtain the cooperation of
    the other party or parties.