IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
DOUGLAS C. DUIN,                    )
                                    )    2:10-cv-02150-GEB-EFB
          Plaintiff,                )
                                    )
     v.                             )    ORDER
                                    )
DALE ELAINE McCORMICK; ESTATE OF    )
ROBERT A. McCORMICK, Deceased;      )
JOHN G. STEFFES,                    )
                                    )
          Defendants.               )
_____    )
```

Plaintiff moves to strike one of Defendant Dale Elaine McCormick's expert disclosures, and two of Defendant John G. Steffes's expert disclosures, arguing those disclosures do not comply with the requirements prescribed in the Court's January 11, 2011 Scheduling Order. However, review of the January 11, 2011 Scheduling Order's expert disclosure provision on which Plaintiff relies reveals that the provision erroneously refers to a non-existing Federal Rule of Civil Procedure. Therefore, that provision stricken, and Plaintiff's motions to strike are denied.

Dated: September 1, 2011

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```

1