IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS C. DUIN,<br><br>        Plaintiff,<br><br>   v.<br><br>DALE ELAINE McCORMICK; ESTATE OF ROBERT A. McCORMICK, deceased; JOHN G. STEFFES,<br><br>        Defendants. | 2:10-cv-02150-GEB-EFB<br><br>ORDER AMENDING STATUS (PRETRIAL SCHEDULING) ORDER, CONTINUING FINAL PRETRIAL CONFERENCE, |

        The parties filed a Joint Pretrial Statement on February 20, 2012 ("JPS"), in which they "request that this Court order that [related action Allstate Insurance Company v. John Steffes, et al., 2:11-cv-00249] be tried first, to be followed by [this action] at a later date, which is mutually convenient to the court and counsel." (JPS, 2:14-17.) This request is denied.[1]

        The parties also request in the JPS that "[i]f the Court does not agree to change the order of the trials . . . discovery be re-opened for the limited purpose of allowing previously disclosed experts to be deposed[; i]n this circumstance, the parties request an expert discovery deadline date of April 20, 2012." Id. at 5:9-12. Pursuant to the

---

    [1] This request is contrary to John Steffes' motion to stay filed in the related action on March 31, 2011, in which Douglas Duin joined. See ECF Nos. 18, 24 filed in action 2:11-cv-00249.

1

parties' request, the depositions of expert witnesses previously disclosed shall be completed[2] by April 20, 2012.

Further, the parties shall file an Amended Joint Pretrial Statement no later than February 27, 2012, which shall address all applicable portions of Local Rule 281(b) and shall set forth each theory of liability ("claim") and affirmative defense which remains to be tried, and the ultimate facts on which each theory/defense is based. The Amended Joint Pretrial Statement shall also address each party's estimated length of trial and how much time each party desires for voir dire, opening statements, and closing arguments.

Lastly, the final pretrial conference scheduled for hearing on February 27, 2012, is continued until 1:30 p.m. on March 19, 2012.

Dated: February 21, 2012

GARLAND E. BURRELL, JR.
United States District Judge

---

[2] In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate orders, if necessary, and, where discovery has been ordered, the order has been complied with or, alternatively, the time allowed for such compliance shall have expired.