IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
DOUGLAS C. DUIN,                    )
                                    )   2:10-cv-02150-GEB-EFB
            Plaintiff,              )
                                    )
      v.                            )   ORDER RE: SETTLEMENT AND
                                    )   DISPOSITION
DALE ELAINE McCORMICK; ESTATE OF    )
ROBERT A. McCORMICK, Deceased;      )
JOHN G. STEFFES,                    )
                                    )
            Defendants.             )
_____)
```

Plaintiff filed a "Notice of Settlement" on April 3, 2012, in which he states, "the above-referenced matter has been settled[; a] stipulation and order of dismissal will be filed within the time frame set forth in Local Rule 160(b)." (ECF No. 63.)

Therefore, a dispositional document shall be filed no later than April 24, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1       Further, the trial scheduled to commence at 9:00 a.m. on May
2 15, 2012, shall remain on calendar in the event no dispositional
3 document is filed, or if this action is not otherwise dismissed.
4       IT IS SO ORDERED.
5 Dated: April 3, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge